IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

| | |
|---|---|
| DASIN SHIPPING PTE, LTD; MANDARIN CHINA SHIPPING PTE, LTD.; and MANDARIN HARVEST SHIPPING PTE, LTD. <br><br> Plaintiffs, <br><br> v. <br><br> DALIAN SUNTIME INT'L TRANSPORTATION CO., LIMITED, <br><br> Defendant. | ) ) ) ) ) ) Case No. ) ) ) ) ) ) |

## COMPLAINT

NOW COME Plaintiffs DASIN SHIPPING PTE, LTD, MANDARIN CHINA SHIPPING PTE, LTD. and MANDARIN HARVEST SHIPPING PTE, LTD. (hereinafter "Plaintiffs") and file this their Complaint against Defendant DALIAN SUNTIME INTERNATIONAL TRANSPORT CO. LTD. (hereinafter "Defendant Dalian Suntime"), and show this Honorable Court the following:

1.  This is a case of admiralty and maritime jurisdiction, as hereinafter more fully appears, and is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.  Plaintiffs are foreign corporations organized and existing under the laws of the nation of Singapore.

3.  At all pertinent times, Dasin was the shipmanager for the Motor Vessels MANDARIN HARVEST and MANDARIN CHINA, which are vessels of Singapore registry

1005325-1

that were owned at all pertinent times by Mandarin Harvest Shipping Pte, Ltd. and Mandarin China Shipping Co. Pte., Ltd., respectively.

4. Defendant Dalian Suntime is a foreign corporation with offices in Hong Kong, China.

5. At all pertinent times, Defendant Dalian Suntime was the time charterer of the M/V MANDARIN CHINA under a charter party with Mandarin China Shipping Pte. Ltd. dated March 5, 2013, (hereinafter the "Mandarin China Charter Party"), a true and correct copy of which is attached hereto as Exhibit A.

6. At all pertinent times, Defendant Dalian Suntime was also the time charterer of the M/V MANDARIN HARVEST under a charter party with Mandarin Harvest Shipping Pte. Ltd. (hereinafter the "Mandarin Harvest Charter Party") concluded by recap fixture note dated August 16, 2013, a true and correct copy of which is attached hereto as Exhibit B.

7. Defendant Dalian Suntime is in breach of both the Mandarin China Charter Party and the Mandarin Harvest Charter Party by virtue of Dalian Suntime's failure to timely pay charter hire and other amounts owed thereunder to Plaintiffs arising out of the charter of those two vessels.

8. Defendant Suntime is indebted to Plaintiffs under the terms of the Mandarin Harvest Charter Party and the Mandarin China Charter Party for the following sums, no part of which has been paid, although duly demanded, and as set forth in the Statements of Account for the chartering of the MANDARIN HARVEST and the MANDARIN CHINA, true and correct copies of which are attached herewith as Exhibts C and D, respectively:

| | |
|---|---|
| Unpaid charter hire, damages and interest for charter of the M/V MANDARIN HARVEST: (Exh. C) | $287,195.08 |
| Unpaid charter hire, damages and interest for charter of the M/V MANDARIN CHINA: (Exh. D) | $256,138.04 |
| **TOTAL:** | **$543,333.12** |

9. Defendant Dalian Suntime has no office or place of business within this judicial district and cannot be found within the district within the meaning of Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure.

10. Upon information and belief, Defendant Dalian Suntime has property located within this judicial district, as Defendant Dalian Suntime is the charterer of the Motor Vessel OCEAN SPLENDOR and is therefore the owner of bunkers, fuel oil and diesel oil presently aboard the OCEAN SPLENDOR, which is currently moored at East Coast Terminal Co., 136 Marine Terminal Drive, Savannah, Georgia, 31404, which property is subject to attachment and garnishment under Rule B.

11. This action is brought pursuant to the United States Arbitration Act, 9 U.S.C. §8, without waiver of the Plaintiffs' right to arbitrate under the terms of the Mandarin Harvest Charter Party and the Mandarin China Charter Party.

WHEREFORE, Plaintiffs pray as follows:

A. That process of maritime attachment and garnishment issue and be levied against the bunkers, fuel oil, and diesel oil belonging to Defendant Dalian Suntime located aboard the M/V OCEAN SPLENDOR and currently in the custody and possession of the Master of the said vessel;

B.  That Plaintiffs have judgment against Defendant in the amount of $543,333.12, together with interest and costs; and

C.  That the Court grant Plaintiffs such other and further relief as may be deemed just and equitable in the premises.

This 31st day of July, 2014.

                            HUNTER, MACLEAN, EXLEY & DUNN, P.C.

                            s/ Colin A. McRae
                            Colin A. McRae
                            Georgia Bar No. 499045
                            Edgar M. Smith
                            Georgia Bar No. 683836
                            Attorneys for Plaintiffs

200 E. Saint Julian Street
Post Office Box 9848
Savannah, GA 31412-0048
Telephone: (912) 236-0261
Facsimile: (912) 236-4936
Email: cmcrae@huntermaclean.com
Email: esmith@huntermaclean.com