**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**
**IN ADMIRALTY**

| | |
|---|---|
| DASIN SHIPPING PTE, LTD; MANDARIN CHINA SHIPPING PTE, LTD.; and MANDARIN HARVEST SHIPPING PTE, LTD. | ) ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 4:14-cv-00163-BAE-GRS |
| v. | ) |
| | ) |
| DALIAN SUNTIME INT'L TRANSPORTATION CO., LIMITED, | ) ) |
| | ) |
| Defendant. | ) |

**MOTION FOR ORDER OF DISMISSAL AND**
**CANCELLATION OF WRIT OF ATTACHMENT**

Plaintiffs, by their undersigned attorneys, respectfully move for an Order of Dismissal and Cancellation of Writ of Attachment as follows:

1.  Plaintiffs filed the Complaint and request for issuance of Process of Maritime Attachment and Garnishment under Supplemental Admiralty Rule B on or about July 31, 2014.

2.  Pursuant to the Order of the Court, the Clerk of the United States District Court, Southern District of Georgia issued an Order on July 31, 2014, directing the Clerk of Court to issue the request Process of Maritime Attachment and Garnishment.

3.  The Process of Maritime Attachment and Garnishment issued by the Clerk of Court was served on the bunkers, fuel oil and diesel oil onboard the M/V OCEAN SPLENDOR by the United States Marshal for the Southern District of Georgia on July 31, 2014.

1005463-1

4. The bunkers, fuel oil, and diesel oil located aboard the M/V OCEAN SPLENDOR – which constitute the property of the charterer of the said vessel, believed at the time to be Defendant Dalian Suntime Int'l Transportation Co., Limited – were thereby seized and attached under Supplemental Admiralty Rule B pursuant to said Writ of Attachment.

5. Subsequent to service of the Process of Maritime Attachment, the Plaintiffs were contacted by the Owners and new charterers of the OCEAN SPLENDOR and were informed that the Defendant Dalian Suntime had discontinued its charter of the vessel on or about July 26, 2014 (without knowledge of any of the Plaintiffs), and had redelivered the vessel along with its bunkers back to the Owners of the vessel, thereby relinquishing any ownership interest Defendant Dalian Suntime may once have had in any bunkers, fuel oil or diesel oil onboard the OCEAN SPLENDOR.

6. Plaintiffs have thereby determined that the bunkers, fuel oil and diesel oil currently onboard the OCEAN SPLENDOR are no longer the property of Defendant Dalian Suntime, and thus not subject to the Process of Maritime Attachment issued in this case.

7. Plaintiffs therefore move for dismissal of the above-styled action without prejudice and cancellation of the Process of Maritime Attachment issued in this case and served on July 31, 2014, and further move for an Order releasing the bunkers, fuel oil and diesel oil onboard the OCEAN SPLENDOR from the Process of Maritime Attachment issued in this action, with all parties to bear their own costs.

8. A draft Order comprising the above-requested relief is submitted contemporaneously with the filing of this Motion.

This 1st day of August, 2014.

HUNTER, MACLEAN, EXLEY & DUNN, P.C.


s/ Colin A. McRae
Colin A. McRae
Georgia Bar No. 499045
Edgar M. Smith
Georgia Bar No. 683836
Attorneys for Plaintiffs

200 E. Saint Julian Street
Post Office Box 9848
Savannah, GA 31412-0048
Telephone: (912) 236-0261
Facsimile: (912) 236-4936
Email: cmcrae@huntermaclean.com
Email: esmith@huntermaclean.com