USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>DASIN SHIPPING PTE, LTD; MANDARIN CHINA SHIPPING PTE, LTD and MANDA | COURT CASE NUMBER<br>CV 14-163 |
| DEFENDANT<br>DALIAN SUNTIME INT'L TRANSPORTATION CO., LIMITED | TYPE OF PROCESS<br>Maritime Attachment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Bunkers, fuel oil, diesel oil aboard the M/V OCEAN SPLENDOR
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
East Coast Terminal Co., 136 Marine Terminal Drive, Savannah, Georgia 31404

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Colin A. McRae
Hunter, Maclean, Exley & Dunn, P.C.
Post Office Box 9848
Savannah, Georgia 31412-0048

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                Fold

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (912) 236-0261
DATE: 7/31/14

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 21 | District to Serve<br>No. 21 | Signature of Authorized USMS Deputy or Clerk<br>Sherry M. Knight | Date<br>7/31/14 |
|---|---|---|---|---|---|

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Captain Evaristo Deguzman

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 7/31/14   Time: 5:00 [X] pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>$65.00 | Total Mileage Charges including *endeavors*)<br>3.40 | Forwarding Fee | Total Charges<br>$68.40 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

| | |
|---|---|
| DASIN SHIPPING PTE, LTD; MANDARIN CHINA SHIPPING PTE, LTD.; and MANDARIN HARVEST SHIPPING PTE, LTD. <br><br> Plaintiffs, <br><br> v. <br><br> DALIAN SUNTIME INT'L TRANSPORTATION CO., LIMITED, <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 4:14-cv-00163-BAE-GRS ) ) ) ) ) ) |

### ORDER OF DISMISSAL WITHOUT PREJUDICE AND CANCELLATION OF WRIT OF ATTACHMENT

Having read and reviewed Plaintiffs' Motion for Order of Dismissal and Cancellation of Writ of Attachment, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion is hereby GRANTED, and the case is hereby dismissed without prejudice, and the Writ of Attachment in connection with the bunkers, fuel oil and diesel oil located aboard the M/V OCEAN SPLENDOR, entered in the above-captioned matter on July 31, 2014, is hereby CANCELLED, thereby releasing the property from the said attachment, with all parties to bear their own costs.

This **1st** day of **August**, 2014

UNITED STATES MAGISTRATE JUDGE
USDC – S.D. GEORGIA

Order prepared by:
Colin A. McRae
Georgia Bar No. 499045
Hunter Maclean Exley & Dunn, P.C.
Post Office Box 9848
Savannah, Georgia 31412-0048
(912) 236-0261 Telephone
cmcrae@huntermaclean.com

Service Fee $65.00

The above named bunkers were released at approximately 10:45 am on August 1, 2014 per order of dismissal.

Stephen J. Smith
United States Marshal

by Nick Scripture
Deputy U.S. Marshal